KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER   Bar No. 066401
ELLIOT CONN         Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
bryan@kbklegal.com
elliot@kbklegal.com

Attorneys for Plaintiff Ashamad Pinchem

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHAMAD PINCHEM,<br><br>v.<br><br>REGAL MEDICAL GROUP, INC., | Case No. 2:15-cv-06518-ODW-KLS<br><br>*Assigned to Judge Otis D. Wright, II Referred to Magistrate Judge Karen L. Stevenson*<br><br>**DECLARATION OF JEFFREY A. HANSEN IN OPPOSITION TO DEFENDANT REGAL MEDICAL GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE FOR THE CONTINUATION OF PLAINTIFF'S DEPOSITION AND EXPERT DISCOVERY ONLY**<br><br>Date:  December 5, 2016<br>Time:  1:30 p.m.<br>Courtroom 5D (1st St.)<br>Hon. Otis D. Wright, II<br><br>Unlimited Civil Case |

I, Jeffrey A. Hansen, declare and state as follows:

1. I have been retained by Plaintiff to testify as an expert with regard to the telephone dialing systems and equipment used by Regal Medical Group ("Regal") to contact Plaintiff Ashamad Pinchem's cellular telephone number (213) 822-2182.

2. I am an adult over the age of 18, a resident of the state of California. Unless indicated otherwise, I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

3. Attached as **Exhibit 1** is the written expert report that I have prepared I this matter pursuant to Fed. R. Civ. P. 26(a)(2)(b). I have also attached as exhibits excerpts from the documents and evidence that I have relied in making my conclusions. I incorporate by reference the entirety of my report and the attached exhibits.

4. I reserve the right to amend, modify or supplement the statements and opinions set forth herein as appropriate.

5. I declare that the foregoing is true and correct, subject to the laws of perjury of the United States.

Executed this 7th day of November, 2016 in Spring Valley, California.

By: _____

JEFFREY A. HANSEN