KEMNITZER, BARRON & KRIEG, LLP
BRYAN KEMNITZER   Bar No. 066401
ELLIOT CONN         Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
bryan@kbklegal.com
elliot@kbklegal.com

Attorneys for Plaintiff ASHAMAD PINCHEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ASHAMAD PINCHEM, | **Case No. 2:15-cv-06518-ODW-KS** |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | **NOTICE OF SETTLEMENT** |
| REGAL MEDICAL GROUP, INC., | Complaint Filed: August 26, 2015 |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

//
//
//
//
//
//
//
//

1  **PLEASE TAKE NOTICE** that this case has been settled in its entirety.
2  The parties are in the process of completing and executing a settlement agreement.
3  Upon execution of the settlement agreement, the parties will file a joint request to
4  dismiss the action with prejudice. The parties anticipate filing the joint request to
5  dismiss the action no later than April 28, 2017.

6  Dated: March 6, 2017                    KEMNITZER, BARRON & KRIEG, LLP

8                              By:    /s/ *Elliot Conn*
                                      BRYAN KEMNITZER
9                                     ELLIOT CONN
                                      Attorneys for Plaintiff ASHAMAD
10                                    PINCHEM