UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | CV 15-06518-ODW (KLS) | Date | May 2, 2017 |
|-----|------------------------|------|-------------|
| Title | *Pinchem v. Regal Medical Group* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|------------------------|---------------------|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not present | Not present |

**Proceedings:**                    **In Chambers**


     In light of the parties' response to the Court's Order to Show Cause, the Court **DISMISSES** this action <u>without prejudice</u>.  On or before **July 14, 2017**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1]  If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action <u>with prejudice</u>. Fed. R. Civ. P. 41.

     The Court **VACATES** all other future dates and deadlines in this action, and the Clerk of the Court shall close the case.


                                             :    00

             Initials of Preparer    SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.